(Official Form 1)(12/03)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**Texas Pig Stands, Inc.** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**75-1023503** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**807 South Presa**<br>**San Antonio, TX 78210** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)            ☐ Railroad
- ☑ Corporation              ☐ Stockbroker
- ☐ Partnership              ☐ Commodity Broker
- ☑ Other **Chain of full service restaurant**  ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7    ☑ Chapter 11    ☐ Chapter 13
- ☐ Chapter 9    ☐ Chapter 12
- ☐ Section 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business    ☑ Business

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101.
- ☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-Over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| **Voluntary Petition (page 2)**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Texas Pig Stands, Inc.** |
|---|---|

| **Prior Bankruptcy Case(s) Filed Within Last 6 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

Telephone Number (If not represented by an attorney)

**04/25/2005**
Date

**Signature of Attorney**

X **/s/ WILLIAM R. DAVIS, JR.**
_____
   **WILLIAM R. DAVIS, JR.**   Bar No. **05565500**

**Langley & Banack, Inc.**
**745 E Mulberry Ave.**
**Suite 900**
**San Antonio, TX 78212**

Phone No. **(210) 736-6600**   Fax No. **(210) 735-6889**

**04/25/2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Texas Pig Stands, Inc.**

X **/s/ Richard A. Hailey**
   **Richard A. Hailey**
   Printed Name of Authorized Individual
   **President**
   Title of Authorized Individual
**04/25/2005**
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
                                                                                    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **Texas Pig Stands, Inc.**                              CASE NO

                                                                 CHAPTER   **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

| | |
|---|---|
| 1. Debtor's employer identification number is _____**75-1023503**_____. | |
| 2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is _____**N/A**_____. | |
| 3. The following financial data is the latest available information and refers to the debtor's condition on _____**4/21/2005**_____. | |
| a. Total Assets | **$0.00** |
| b. Total Liabilities | **$1,787,368.50** |

| **Secured debt** | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $746,062.50 | 8 |
| Contingent secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | Amounts | Approximate number of holders |
| Fixed, liquidated unsecured debt | $1,041,306.00 | 30 |
| Contingent unsecured debt | $0.00 | 0 |
| Disputed unsecured debt | $0.00 | 0 |
| Unliquidated unsecured debt | $0.00 | 0 |
| **Stock** | Amounts | Approximate number of holders |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 542 | 1 |
| *Comments, if any* | | |

4. Brief description of debtor's business:
   *Chain of full service restaurants.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Texas Pig Stands, Inc.**  CASE NO

CHAPTER  **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *Richad A. Hailey - 100%*

---

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

   *None*

---

I, **Richard A. Hailey**, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **04/25/2005**         Signature: **/s/ Richard A. Hailey**
                                        *Richard A. Hailey*
                                        **President**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Texas Pig Stands, Inc.**                CASE NO

                                       CHAPTER    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept: | **$18,930.00** |
   | Prior to the filing of this statement I have received: | **$18,930.00** |
   | Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
        ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
        ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/25/2005** | **/s/ WILLIAM R. DAVIS, JR.** | |
|---|---|---|
| Date | WILLIAM R. DAVIS, JR. | Bar No. 05565500 |
| | Langley & Banack, Inc. | |
| | 745 E Mulberry Ave. | |
| | Suite 900 | |
| | San Antonio, TX 78212 | |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 | |

---

    **/s/ Richard A. Hailey**

*Richard A. Hailey*
*President*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **Texas Pig Stands, Inc.**              CASE NO

                                                CHAPTER  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. Sec. 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Performance Food Group<br>204 North Brownson<br>Victoria, TX  77901 | | Goods and services | | **$350,000.00** |
| Richard & Helen Hailey<br>14903 Eminence<br>San Antonio, TX  78248 | | Unsecured loans | | **$124,500.00** |
| Chase Bank<br>P.O. Box 26489<br>New York, NY  10087-6489 | | Credit line | | **$95,000.00** |
| Comptroller of Public Accounts<br>Capitol Station<br>Austin, TX  78774-0100 | | Taxes | | **$80,206.00** |
| American Express<br>P.O. Box 650448<br>Dallas, TX  75265-0448 | | Credit card purchases | | **$54,000.00** |
| Glazier Foods, Inc.<br>11303 Antoine<br>San Antonio, TX  77066 | | Goods and services | | **$50,000.00** |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE: **Texas Pig Stands, Inc.**  CASE NO

CHAPTER **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Hibernia Bank<br>P.O. Box 60058<br>New Orleans, LA 70160-0058 | | Line of credit | | $45,000.00 |
| Bank of America<br>P.O. Box 2463<br>Spokane, WA 99210 | | Credit card purchases | | $35,000.00 |
| American Express<br>P.O. Box 360002<br>Ft. Lauderdale, FL 33336-0002 | | Credit card purchases | | $31,000.00 |
| AAA Financial Services<br>P.O. Box 15026<br>Wilmington, D E 19850 | | Credit card purchases | | $31,000.00 |
| Produce Express<br>1603 S. Zarzamora<br>San Antonio, TX 78207 | | Services | | $23,000.00 |
| Bank One<br>P.O. Box 8650<br>Wilmington, DE 19899 | | Credit card purchases | | $16,500.00 |
| Leaf Financial Corp.<br>P.O. Box 643172<br>Cincinnati, OH 45264-3172 | | Purchase money security interest | | $35,000.00<br>Value: $20,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Texas Pig Stands, Inc.**  CASE NO

CHAPTER  **11**

# **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

*Continuation Sheet No. 2*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| American Express<br>P.O. Box 360002<br>Ft. Lauderdale, FL 33336-0002 | | Credit card purchases | | $14,200.00 |
| Chase Bank<br>P.O. Box 52064<br>Phoenix, AZ 85072 | | Credit card purchases | | $14,000.00 |
| Superior Tomato<br>750 Merida<br>San Antonio, TX 78207 | | Services | | $11,000.00 |
| Bank of America<br>P.O. Box 2463<br>Spokane, WA 99210 | | Credit card purchases | | $10,000.00 |
| Bank of America<br>P.O. Box 1390<br>Norfolk, VA 23501 | | Credit card purchases | | $7,500.00 |
| Advanta Bank Corp.<br>P.O. Box 30715<br>Salt Lake City, UT 84130-0715 | | Credit card purchases | | $7,500.00 |
| Jordan's Air Conditioning Co.<br>6023 W. 34th St.<br>Houston, TX 77092 | | Services | | $6,000.00 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

IN RE: **Texas Pig Stands, Inc.**　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:　**04/25/2005**　　　　　　　　　　Signature:　**/s/ Richard A. Hailey**
　　　　　　　　　　　　　　　　　　　　　　　　　　*Richard A. Hailey*
　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

IN RE: **Texas Pig Stands, Inc.**  CASE NO

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 04/25/2005

Signature /s/ Richard A. Hailey
*Richard A. Hailey*
*President*

Date

Signature

AAA Financial Services
P.O. Box 15026
Wilmington, D E 19850


Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, UT   84130-0715


American Express
P.O. Box 360002
Ft. Lauderdale, FL   33336-0002


American Express
P.O. Box 650448
Dallas, TX   75265-0448


Arrow Outdoor Advertising
P.O. Box 701228
San Antonio, TX   78210


Arthur G. Uhl, Jr.
927 Eventide
San Antonio, TX   78209


Bank of America
P.O. Box 2463
Spokane, WA   99210


Bank of America
P.O. Box 1390
Norfolk, VA   23501


Bank of America
P.O. Box 25118
Tampa, FL   33622-5118

Bank One
P.O. Box 8650
Wilmington, DE  19899


Beaumont Business Music
P.O. Box 4487
Springfield, MO  65808-4487


Best Read Guide
P.O. Box 936
Augusta, GA  30903


Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX  78283-3950


Capital One
P.O. Box 85015
Richmond, VA  23285-5015


Chase Bank
P.O. Box 26489
New York, NY  10087-6489


Chase Bank
P.O. Box 52064
Phoenix, AZ  85072


CIT Technology Fin. Serv., Inc.
21146 Network Place
Chicago, IL  60673-1211


Comptroller of Public Accounts
Capitol Station
Austin, TX    78774-0100

David G. Aelvoet  
Heard, Linebarger, Graham, Goggan, Blair  
Pena & Sampson, LLP  
711 Navarro, Suite 300  
San Antonio, TX  78205  

DB Herald Management  
801 N. St. Mary's St.  
San Antonio, TX  78205  

Dorothy Hardin  
208 Montclair  
San Antonio, TX 78209  

ETNA Sign Co.  
300 Austin Hwy., Suite 100  
San Antonio, TX  78209  

First Commercial Bank  
P.O. Box 1960  
Seguin, TX  78155  

Glazier Foods, Inc.  
11303 Antoine  
San Antonio, TX  77066  

Golden King Trust B  
P.O. Box 12431  
Dallas, TX  75225  

Henry W. Benavides  
d/b/a Alamo Investment Properties  
5656 South Pan Am, Suite E  
San Antonio, TX  78211  

Hibernia Bank  
P.O. Box 60058  
New Orleans, LA  70160-0058

Houston I.S.D.
3233 Weslayan, Suite A-100
Houston, TX   77027


Internal Revenue Service
Insolvency II, Stop 5026 AUS
300 E. 8th St.
Austin, TX   78701


International Bank
P.O. Box 1700
McAllen, TX   78505-1700


J. Anthony Refrigeration
20770 Hwy. 281 N., #108-606
San Antonio, TX   78258


JGI Outdoor
925 S. Mason Rd.
Katy, TX   77450


Jordan's Air Conditioning Co.
6023 W. 34th St.
Houston, TX   77092


Leaf Financial Corp.
P.O. Box 643172
Cincinnati, OH   45264-3172


Maria Estella Hernandez
207 Maplewood
San Antonio, TX   78216


Miriam K. Johnson
Assessor-Collector of Taxes
P.O. Box 2112
Beaumont, TX   77704

Paul Bettencourt  
Tax Assessor-Collector  
P.O. Box 4622  
Houston, TX   77210-4622  


Performance Food Group  
204 North Brownson  
Victoria, TX   77901  


Pleasant Hospitality  
P.O. Box 370  
Lytle, TX   78052  


Produce Express  
1603 S. Zarzamora  
San Antonio, TX   78207  


Richard & Helen Hailey  
14903 Eminence  
San Antonio, TX   78248  


Richard Hailey  
807 South Presa  
San Antonio, TX   78210  


Sim Services  
P.O. Box 37536  
San Antonio, TX   78237  


Superior Tomato  
750 Merida  
San Antonio, TX   78207  


Texas Attorney General Office  
P.O. Box 13499  
Austin, Texas    78711

Texas Travel Destinations
5103 Sirretta
San Antonio, TX   78233


U.S. Attorney
601 NW Loop 410, Suite 600
San Antonio, TX   78216


U.S. Attorney General of
Main Justice Bldg., #5111
10th & Constitutional Ave., NW
Washington, DC   20530


U.S. Small Business Admin.
727 E. Durango Rm A-513
Federal Building
San Antonio, Texas 78206


Willingham Family Limited
8525 Ferndale
Dallas, TX   75238-4423